

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00354-CV

## IN RE BILL NORTON AND JEAN B. NORTON

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Relators' motion to dismiss is granted, and the petition for writ of mandamus is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed January 10, 2018
[OT06]

